Barrett Law Office, P.A.
404 Court Square North
Lexington, MS  39095
Telephone:  (662) 834-2376
Facsimile:  (662) 834-2628
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No.  06-0298 CRB**<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| Jack J. Myers,<br><br>                               Plaintiff,<br><br>               vs.<br><br>Pfizer, Inc., et al.<br>                               Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, **JACK J. MYERS,** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: _____Oct. 5_____, 2009    By:_____

BARRETT LAW OFFICE, P.A.
404 Court Square North
Lexington, MS  39095
Telephone:  (662) 834-2376
Facsimile:  (662) 834-2628

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THRASH LAW FIRM
1101 Garland Street
Little Rock, AR 72201
Telephone: (501) 374-1058
Facsimile: (501) 374-2222

ODOM & ELLIOTT (dissolved in 2006)
P.O. Drawer 1868
Fayetteville, AR 72701
Telephone: (479) 442-7575
Facsimile: (479) 442-9008

ELLIOTT & SMITH P.A.
1200 East Joyce Blvd. Suite 401
Fayetteville, AR 72701
Telephone: (479 587-8423
Facsimile: (479) 575-0039
*Attorneys for Plaintiffs*

DATED: ___Oct. 5___, 2009     By:_____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: ___10/9/09___

Hon. Charles R. B...

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE